UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CECIL SHIELDS,                                                          JUDGMENT

                                                                                                                     18-cv-3889 (LDH)

                             Plaintiff,
      -against-

NYC HEALTH & HOSPITALS CORPORATION
DBA/NYC HEALTH + HOSPITALS.,
JAMES KEYS, MARIE ANTROBUS,
KRYSTAL LEWIS, MARIA MENDEZ, AND
BLANCHE GREENFIELD, THE CITY
UNIVERSITY OF NEW YORK AND
STUART SUSS,

                         Defendants.
-------------------------------------------------------------X

       A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 30, 2020, granting Defendant's motion to dismiss; and dismissing the complaint with prejudice; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, New York                                            Douglas C. Palmer
      April 7, 2020                                                      Clerk of Court

                                                                  by:    */s/ Jalitza Poveda*
                                                                            Deputy Clerk